United States District Court
Southern District of Texas
FILED

DEC 04 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-18-1691-S2 |
| VIOLA ELIZABETH GARCIA<br>CHRISTOPHER ANDRADE<br>RONALDO GALLEGOS<br>DIEGO MORALES | § § § | |

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about July 12, 2018, through on or about August 30, 2018, in the Southern District of Texas and elsewhere, defendants,

**VIOLA ELIZABETH GARCIA
CHRISTOPHER ANDRADE
RONALDO GALLEGOS
and
DIEGO MORALES**

conspired to travel or cause another to travel in interstate or foreign commerce from the State of California to the State of Texas and to use facilities in interstate and foreign commerce with intent that the murder of F.U.F. be committed in violation of the laws of Texas as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: approximately $20,000.00 in United States Currency.

In violation of Title 18, United States Code, Sections 1958(a) and 2.

### Count Two

On or about July 14, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**VIOLA ELIZABETH GARCIA**
and
**RONALDO GALLEGOS**

aiding and abetting each other, did knowingly carry, brandish, and discharge a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire a violation of Title 18 United States Code Section 1958.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

### Count Three

On or about August 30, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**VIOLA ELIZABETH GARCIA**
and
**RONALDO GALLEGOS**

aiding and abetting each other, did knowingly carry a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Use of Interstate Commerce Facilities in the Commission of Murder-For-Hire a violation of Title 18 United States Code Section 1958.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_DiPianna_____
ASSISTANT UNITED STATES ATTORNEY