96

| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 11/27/2019/mt | |

McALLEN Division      CR. No. **M-18-1691-S2**

**SEALED INDICTMENT** Filed: October 10, 2018
**1st SUPERSEDING INDICTMENT** Filed: January 3, 2019
**2nd SUPERSEDING INDICTMENT** Filed: December 4, 2019    Judge: **RICARDO H. HINOJOSA**

County: Hidalgo
Lions #: **2018R35631**

Attorneys:
RYAN K. PATRICK, UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

v.

ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY

VIOLA ELIZABETH GARCIA     Cts. 1 - 3     Richard H. Garcia, Apt'd, (956) 682-9477
*Custody: 10/18/2018*
CHRISTOPHER ANDRADE     Ct. 1     Rafael De La Garza, III, Apt'd, (956) 533-1426
*Custody: 1/15/2019*
RONALDO GALLEGOS     Cts. 1 - 3     Mauro Barreiro, Apt'd, (956) 682-2432
*Custody: 1/15/2019*
DIEGO MORALES --WARRANT--     Ct. 1

Charge(s):
Ct. 1: Use of interstate commerce facilities in the commission of murder-for-hire
Title 18, United States Code, Sections 1958(a) and 2.
Ct. 2: Carry, brandish, and discharge a firearm, during and in relation to a crime of violence
Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.
Ct. 3: Carry a firearm, during and in relation to a crime of violence.
Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

Total Counts (3)

Penalty:
Cts. 1&2: Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000.00 and at least a 3 yr. SRT (as to each count)
Ct. 3: Imprisonment for not less than 5 yrs. and/or a fine not to exceed $250,000.00 and at least a 3 yr. SRT

Agency: Federal Bureau of Investigation – Ryan Hammer – 166-SA-2980726

Date            Proceedings