UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Cause No: 7:18-CR-1691 |
| § | |
| VIOLA GARCIA, et. al.   § | |

## ADVISORY TO THE COURT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney and files this its Advisory to the Court.

On August 12, 2022, the Court denied Defendant, Viola Garcia's motion to suppress. Furthermore, on said date, the Court granted the Government's motion to sever Defendant Viola Garcia's case from Christopher Andrade and Ronaldo Gallegos due to *Bruton* issues. The Court further instructed the parties to advise the Court regarding potential trial dates for the remaining Defendants.

Since the hearing, counsel for Defendant, Viola Garcia, has filed a motion to withdraw that has been denied.

Counsel for Defendant, Viola Garcia, intends to cease practicing defense work in December 2022 in order to begin serving as a visiting judge. Counsel for the Government is currently expecting a child in early September and is set to begin a trial on a complex matter on October 11, 2022. Counsel for Defendants, Christopher Andrade and Ronaldo Gallegos, are unopposed to being tried after Defendant Viola Garcia.

In light of the scheduling issues, the parties respectfully request that Defendant Viola Garcia be preferentially set for trial in November 2022. The parties expect the trial to take approximately 3-4 days.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY


*/s/ Roberto Lopez, Jr.*
Roberto Lopez, Jr.
State Bar No. 24074617
1701 W. Bus. Hwy 83, Ste. 600
McAllen, Texas 78501

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2022, this Motion was delivered to attorneys of record for defendants.

*/s/ Roberto Lopez, Jr.*
ROBERTO LOPEZ, JR.